UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| CHELSEY LEE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19-cv-058-TAV-SKL |
| STUART COLWELL, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

Before the Court is Plaintiff's motion seeking to redact or place under seal [Doc. 32] unidentified exhibits to Defendant's previously filed motion for summary judgment [Doc. 28-1 through Doc. 28-11], supporting memorandum [Doc. 29], statement of material facts [Doc. 30], and affidavit in support and attachments [Doc. 31, Doc. 31-1, and Doc. 31-2],[1] because they contain personal identifiers of minors in contravention of Federal Rule of Civil Procedure 5.2 and the Court's Memorandum and Order Regarding Sealing Confidential Information [Doc. 5]. Defendant filed a response [Doc. 33] supporting Plaintiff's motion and acknowledging that at least certain unidentified exhibits were filed in contravention of Federal Rule of Civil Procedure 5.2. The Court has sealed the noncompliant motion and supporting documents and they will be **TERMINATED** upon the filing of properly redacted pleadings.

For good cause shown and without objection, Plaintiff's motion to seal [Doc. 32] is **GRANTED** as follows: It is **ORDERED** that the parties **SHALL** confer as soon as possible to

---

[1] Upon a cursory review it appears that the exhibit filed as Doc. 28-1 may be a duplicate of Doc. 29, the exhibit filed as Doc. 28-2 may be a duplicate of Doc. 30, and the exhibits filed as Doc. 28-3, Doc. 28-4, and Doc. 28-5, may be a duplicate of Doc. 31, Doc. 31-1, and Doc. 31-2.
.

reach agreement regarding the extent of the necessary redactions.  Further, Defendant **SHALL REFILE** its previously filed motion for summary judgment and all supporting documents with proper redaction of all personal identifiers within **SEVEN DAYS** of the date of this Order.  Said filing **SHALL** comply with Federal Rule of Civil Procedure 5.2[2] and the Court's Memorandum and Order Regarding the Sealing of Confidential Information [Doc. 5].

Plaintiff's time to respond to Defendant's motion for summary judgment **SHALL** be calculated from the date the properly redacted motion is filed.  E.D. Tenn. L.R. 7.1.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*<br>SUSAN K. LEE<br>UNITED STATES MAGISTRATE JUDGE

---

[2] **Rule 5.2.  Privacy Protection For Filings Made With the Court**
    **(a) Redacted Filings.**  Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
        (1) the last four digits of the social-security number and taxpayer-identification number;
        (2) the year of the individual's birth;
        (3) the minor's initials; and
        (4) the last four digits of the financial-account number.